UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re                                    Case No. BK 05-38816-DOT

    *RONALD DARNELL JOHNSON*
    *TAWANDA RACHELE JOHNSON,*
                          Debtors

                                              )
**BRUCE H. MATSON, TRUSTEE,**             )
                        **Plaintiff**    )
                                              )
v.                                             )
                                              )   APN 06-03002-DOT
**RONALD DARNELL JOHNSON and**      )
**TAWANDA RACHELE JOHNSON,**         )
                        **Defendants**   )
                                              )

# FINAL ORDER

    The Debtors having filed a motion to approve a proposed settlement agreement with the Trustee; and after due and proper notice to all creditors and parties in interest, the motion came on before the Court for a hearing on November 7, 2007, wherein the Trustee and the Debtors appeared by counsel, and Robert Van Arsdale, Assistant United States Trustee appeared in person; and there being no objections to the motion having been filed, and no objections or adverse interests having been presented in open court; and it appearing that the compromise will likely afford payment of administrative expenses and a distribution to creditors; and the debtors having delivered the agreed sum of $30,000.00 to the Trustee;

    **WHEREFORE, FOR GOOD CAUSE SHOWN, IT IS ORDERED**, that the settlement agreement is approved; that the Trustee has no further known claims against the debtors; and this adversary proceeding is dismissed, with prejudice; and the debtors' discharge will be granted forthwith.

                                **ENTER:**

Leonard Starr, P.C.
P. O. Box 468
119 W. Williamsburg Road
Sandston, VA 23150
Tel (804) 737-5212
Fax (804) 737-8115

Tawanda Johnson 2006
November 9, 2007
Final Order Dismissal

_____
**Judge Douglas O. Tice, Jr.**

We Ask For This:


/s/ Leonard E. Starr, III
_____
Leonard E. Starr, III
Leonard Starr, P.C.
P. O. Box 468
119 W. Williamsburg Road
Sandston, Virginia 23150
Tel 804 737-5212
Fax 804 737-8115
(Counsel for Debtor)
 Va. State Bar # 9203



/s/ Bruce M. Matson, Trustee
_____
Bruce H. Matson, Esquire
LeClair Ryan, PC
951 East Byrd Street
Riverfront Plaza, East Tower
P. O. Box 2499
Richmond, VA   23218
Tel 804 343-4090   Direct Matson
Fax 804 783-7629   Direct Matson


/s/ Robert Van Arsdale
_____
Robert Van Arsdale
Assistant United States Trustee
600 E. Main Street
Suite 301
Richmond, VA   23219
Tel 804 771-2310
Fax 804 771-2330

Leonard Starr, P.C.
P. O. Box 468
119 W. Williamsburg Road
Sandston, VA 23150
Tel (804) 737-5212
Fax (804) 737-8115

**CERTIFICATE OF ENDORSEMENT**

   **I am the proponent of this Order and certify that all necessary parties have endorsed the foregoing order.**


                    **/s/   Leonard E. Starr, III**

```
                              _____
                                   Leonard E. Starr, III
```

Leonard Starr, P.C.
P. O. Box 468
119 W. Williamsburg Road
Sandston, VA 23150
Tel (804) 737-5212
Fax (804) 737-8115

**Page 3 of 3**

Tawanda Johnson 2006
November 9, 2007
Final Order Dismissal